# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134472 & (22)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SHAWN ORLANDUS BURNETT,
     Defendant-Appellant.

SC: 134472
COA: 274692
Genesee CC: 03-011516

_____/

On order of the Court, the application for leave to appeal the June 18, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2007

_____
Clerk

d1217